IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL BAUCAGE,
Plaintiff

v.                                                         CIVIL NO. 05-1636(DRD)

ANTONIO SANTANA, et al.,
Defendants

| MOTION | ORDER |
|--------|-------|
| **Date Filed: 05/26/06** <br> **Docket #31** <br> [X] **Plaintiff** <br> [ ] **Defendant** <br> **Title:** Motion Requesting the Dismissal Without Prejudice of the Complaint Against Defendant ACE Insurance | **GRANTED.** Plaintiff has moved for the voluntary dismissal without prejudice against co-defendant ACE Insurance Co. The record reveals that ACE Insurance has not filed yet an Answer to the Complaint nor otherwise plead. Therefore, the Court pursuant to Rule 41(a)(1)(I), Fed.R.Civ.P. hereby **DISMISSES** plaintiff's claims against ACE Insurance Co. **WITHOUT PREJUDICE**. **Partial Judgment** shall be entered accordingly. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 30th day of May 2006.

                                        S/DANIEL R. DOMINGUEZ
                                        DANIEL R. DOMINGUEZ
                                        U.S. DISTRICT JUDGE